FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2022

No. 04-22-00138-CV

**SAN ANTONIO WATER SYSTEM**, an Agency of the City of San Antonio,
Appellant

v.

**MATIRAAN, LTD.**, and Marylyn House,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08486
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellees' brief is currently due on May 31, 2022. On May 17, 2022, appellees filed an unopposed motion requesting an extension of time until June 10, 2022 to file their brief. We **GRANT** the motion and **ORDER** appellees to file their brief **by June 10, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court